**Order entered October 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00032-CV

**GREG DUNCAN, ET AL., Appellants**

**V.**

**PARK PLACE MOTORCARS, LTD. D/B/A**
**PARK PLACE MOTORCARS DALLAS, ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08535**

## ORDER

Before the Court is appellees' October 28, 2019 unopposed second motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **November 12, 2019**. We caution appellees that further extension requests will be disfavored.

/s/      ERIN A. NOWELL
          JUSTICE